# EXHIBIT A

**12-Person Jury**

FILED
12/4/2019 4:20 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L013357

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS,
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| NICHOLAS J. DURSO, | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | Case No.  2019L013357 |
| | ) | |
| ROUNDY'S ILLINOIS, LLC, dba MARIANO'S | ) | Judge |
| and certain UNKNOWN OFFICERS OF | ) | |
| DEFENDANT ROUNDY'S ILLINOIS, LLC, | ) | Court Room No. |
| individually, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## COMPLAINT

Plaintiff, NICHOLAS J. DURSO, ("PLAINTIFF DURSO" or "PLAINTIFF"), by and through his attorneys, L. STEVEN PLATT and ROBBINS, SALOMON & PATT, LTD., complaining against ROUNDY'S ILLINOIS, LLC, DBA MARIANO'S and certain as yet UNKNOWN OFFICERS OF DEFENDANT ROUNDY'S ILLINOIS, LLC, individually (hereafter collectively "ROUNDY'S DEFENDANTS" or "DEFENDANTS"), states as follows:

### I.    NATURE OF ACTION

1.    This action is brought under the Illinois Wage Payment and Collection Act, 820 ILCS §115/2 *et seq.*

ANSWER:


2.    PLAINTIFF also asserts a common law cause of action for retaliatory discharge.

ANSWER:

3159311 (14207.1)

FILED DATE: 12/4/2019 4:20 PM  2019L013357

**II.    JURISDICTION AND VENUE**

3.    Jurisdiction arises under the provisions of the Illinois Wage Payment and Collection Act, 820 ILCS §115/2 *et seq.*

ANSWER:


4.    Jurisdiction also arises under 735 ILCS 5/2-102 of the Illinois Code of Civil Procedure in that at all times relevant, the ROUNDY'S DEFENDANTS were doing and continue to do business in this jurisdictional district.

ANSWER:


5.    Jurisdiction also arises under 735 ILCS 5/2-209 of the Illinois Code of Civil Procedure in that at all times relevant, ROUNDY'S DEFENDANTS were transacting and continue to transact business in this jurisdictional district.

ANSWER:


6.    Venue lies in this jurisdictional district pursuant to 734 ILCS 5/2-101 of the Illinois Code of Civil Procedure, in that the transactions complained of or some part of them arose in this jurisdictional district.

ANSWER:

FILED DATE: 12/4/2019 4:20 PM   2019L013357

FILED DATE: 12/4/2019 4:20 PM   2019L013357

### III.   THE PARTIES

7.      DEFENDANT ROUNDY'S is a Wisconsin corporation that leases property in Illinois and operates a retail grocery business in this judicial district.

ANSWER:


8.      Specifically, the subject store involved in this litigation, Store #08533, is located in and doing business at 784 Skokie Boulevard, Northbrook, Cook County, IL 60062 (hereafter "the Northbrook Store") which is within this jurisdictional district.

ANSWER:


9.      The Northbrook Store sells customers a wide-range of grocery store services, specializing in pre-packaged fresh-made foods and especially made-to-order food services.

ANSWER:


10.     While the individual ROUNDY'S DEFENDANTS are unknown at this time, it is presumed they are subject to this court's jurisdiction in that they assisted DEFENDANT ROUNDY'S in carrying out its day-to-day activities in this jurisdictional district and some may even live here.

ANSWER:

3

FILED DATE: 12/4/2019 4:20 PM   2019L013357

IV.   STATUTORY VIOLATION

ILLINOIS WAGE PAYMENT AND COLLECTION ACT

11.     At all times relevant, DEFENDANT ROUNDY'S was and is an "employer" as defined by the Illinois Wage Payment and Collection Act, 820 ILCS 115/2 in that it is a corporation where wage payments are made directly to groups of persons acting directly in its interest for which one or more persons are gainfully employed.

ANSWER:


12.     At all times relevant, PLAINTIFF DURSO was an "employee" of the ROUNDY'S DEFENDANTS as defined by the Illinois Wage Payment and Collection Act 820 ILCS 115/2 in that he was an individual permitted to work by ROUNDY'S who was (1) not free from the control and direction over the performance of his work both under his contract or Agreement of service with the ROUNDY'S DEFENDANTS; (2) did not, in fact, perform work which was either outside the usual course of business or was performed outside all of the places of business of his employer; and (3) was not in an independently established trade, occupation, profession or business.

ANSWER:


13.     At all times relevant, PLAINTIFF DURSO, as an employee of the ROUNDY'S DEFENDANTS, performed services as a Store Director, for DEFENDANT ROUNDY'S at its Northbrook Store pursuant to and under the terms and conditions spelled out in the attached Agreement, attached hereto as Exhibit A.

4

ANSWER:

14.     At all times relevant, PLAINTIFF DURSO was gainfully employed by DEFENDANT ROUNDY'S in this jurisdictional district.

ANSWER:

15.     Pursuant to the Illinois Wage Payment and Collection Act, 820 ILCS §115/1 *et seq.*, Count I of this action is brought by PLAINTIFF to recover an unpaid bonus applicable and earned based on the contract or Agreement entered into between DEFENDANT ROUNDY'S and PLAINTIFF DURSO in 2017, to pay PLAINTIFF a bonus in March of 2018, earned in 2017 and 2018, based on the Northbrook Store's financial performance, as set out more completely in the attached Agreement, attached hereto as Exhibit A.

ANSWER:

16.     The Illinois Wage Payment and Collection Act, 820 ILCS 115/2 states that bonuses are covered by the Act and are considered "wages" protected by the Act, in that:

> "wages" [are] defined as any compensation owed an employee by . . . contract or agreement between the 2 parties, . . . Payments to . . . employees shall . . . be defined as wages, . . . owed the employee by the employer pursuant to an employment contract or agreement between the 2 parties.

820 ILCS 115/2.

ANSWER:

17.     PLAINTIFF DURSO met all conditions precedent to earn the subject bonus set

5

forth in Exhibit A.

ANSWER:

18.     Despite this fact, DEFENDANT ROUNDY'S has failed to pay him the bonus he earned and is due him under the contract or Agreement set forth in Exhibit A.

ANSWER:

19.     The ROUNDY'S DEFENDANTS claim they do not have to pay the bonus due PLAINTIFF DURSO because PLAINTIFF was not employed by the ROUNDY'S DEFENDANTS in March of 2018, on the date store Director/Manager bonuses were paid out under the ROUNDY'S DEFENDANTS' Store Director Bonus Compensation Plans, attached as Exhibit A.

ANSWER:

20.     In order to set up the excuse that they did not have to pay PLAINTIFF DURSO the subject bonus they, ROUNDY'S DEFENDANTS in bad faith, set up PLAINTIFF DURSO'S termination by giving him pretextual counseling he did not deserve so they could use the counseling as an excuse and pretext to terminate him prior to the payout date when the bonus was due so they could claim to alleged right to avoid paying him the bonus as set forth in the bonus compensation plan.

ANSWER:

21.     They did so in order that he not be an "employee" on the date the bonus was due and thus allegedly making PLAINTIFF DURSO ineligible for the bonus under the terms and

FILED DATE: 12/4/2019 4:20 PM    2019L013357

FILED DATE: 12/4/2019 4:20 PM   2019L013357

conditions of the bonus Agreement as set forth in Exhibit A.

     ANSWER:

22.     Pursuant to the Illinois Wage Payment and Collection Act, 820 ILCS 115/2, PLAINTIFF DURSO should be paid his bonus in full as he is entitled to it under the terms of the bonus compensation plan as set forth in Exhibit A.

     ANSWER:

23.     Alternatively, pursuant to the Illinois Wage Payment and Collection Act, 820 ILCS 115/3, 4, PLAINTIFF DURSO should, at a bare minimum, be paid his pro-rata share of the "earned" bonus for the time period prior to the time he was terminated which was only days before the ending calculation date for the bonus period.

     ANSWER:

24.     PLAINTIFF being terminated before the bonus was paid out should not allow the ROUNDY'S DEFENDANTS to escape liability for paying what is owed to PLAINTIFF DURSO.

     ANSWER:

25.     PLAINTIFF DURSO is believed to be owed in excess of $50,000 in bonus compensation for the year in question.

ANSWER:

26.     The amount of money earned by the Northbrook Store PLAINTIFF DURSO was in charge of and therefore the total amount of bonus compensation due PLAINTIFF DURSO under the bonus formula spelled out in Exhibit A is substantially, if not completely, within the control and possession of the ROUNDY'S DEFENDANTS, in that the ROUNDY'S DEFENDANTS recorded or should have recorded such amounts pursuant to the record keeping requirements found in 820 ILCS 115/10.

ANSWER:

27.     Pursuant to the Illinois Wage Payment and Collection Act, 820 ILCS 820 115/2 et seq., Count I of this action is brought as a result of PLAINTIFF DURSO having been damaged by the ROUNDY'S DEFENDANTS' failure to comply with 820 ILCS 115/2 and PLAINTIFF DURSO seeks the unpaid bonus described above plus penalties, attorney's fees and costs, plus 2% per month penalty for each month the bonus due him has not been paid, and 1% per day for each day the amount owed is not paid after it is ordered to be paid, all pursuant to 820 ILCS 115/14 (a) – (c).

ANSWER:

28.     Count II alleges a willful violation of the Illinois Wage Payment and Collection Act and seeks willfulness penalties pursuant to 820 ILCS 155/13 (a-5) and (b).

ANSWER:

FILED DATE: 12/4/2019 4:20 PM   2019L013357

8

FILED DATE: 12/4/2019 4:20 PM 2019L013357

V.   FACTUAL ALLEGATIONS RELEVANT TO COUNTS I - III

29.    PLAINTIFF DURSO at all times pertinent to the cause of action was employed by the ROUNDY'S DEFENDANTS, said employment being integral and indispensable to the ROUNDY'S DEFENDANTS' business.

ANSWER:


30.    PLAINTIFF DURSO, on a regular basis performed his job as a Store Director of the Northbrook store and fulfilled his part of the Agreement set forth in Exhibit A.

ANSWER:


31.    Therefore, PLAINTIFF DURSO was entitled to the bonus spelled out in Exhibit A.

ANSWER:


32.    PLAINTIFF DURSO, at all times relevant fulfilled his obligations and responsibilities and is entitled to the bonus under the terms set forth in the agreement attached as Exhibit A.

ANSWER:


## COUNT I
### VIOLATION OF THE ILLINOIS WAGE PAYMENT AND COLLECTION ACT

33.    Paragraphs 1 through 32 are re-alleged and incorporated as though set forth

9

FILED DATE: 12/4/2019 4:20 PM   2019L013357

fully herein as part of this Count I.

ANSWER:


34.     Pursuant to the Illinois Wage Payment and Collection Act, 820 ILCS 820

115/2 *et seq.*, PLAINTIFF, is entitled to his bonus compensation as agreed in the Agreement

set forth in Exhibit A.

ANSWER:


35.     The ROUNDY'S DEFENDANTS have at all times relevant hereto failed and

refused to pay PLAINTIFF DURSO'S bonus compensation as owed under the Agreement set

forth in Exhibit A, as described above.

ANSWER:


WHEREFORE, PLAINTIFF, NICHOLAS J. DURSO prays for the following relief against

ROUNDY'S ILLINOIS, LLC, dba MARIANO'S and the UNKNOWN OFFICERS OF DEFENDANT

ROUNDY'S ILLINOIS, LLC, individually:

A. Judgement against all DEFENDANTS and in favor of the PLAINTIFF in an amount
   to be determined by the court;

B. Judgement in an amount determined to be due and owing to PLAINTIFF in bonus
   compensation believed to be approximately $50,000.00;

C. 2% of the bonus owed, per month, calculated from the date the underpayment
   was due through the date the amount is paid for each month during which the
   bonus remains unpaid and payable;

FILED DATE: 12/4/2019 4:20 PM   2019L013357

D.  An additional 1% penalty per day payable to PLAINTIFF for each day payment is delayed, to accrue without limitation until the amount is paid;

E.  A finding of personal liability against the officers of the DEFENDANT corporation or agents of the DEFENDANT who are found to have knowingly permitted DEFENDANT to violate the Act;

F.  Reasonable attorney's fees payable by DEFENDANTS to PLAINTIFF'S attorneys plus costs in an amount determined by the court; and

G.  An award of any other additional compensation that this court should determine is appropriate.

## COUNT II
### WILLFUL VIOLATION OF THE ILLINOIS WAGE PAYMENT AND COLLECTION ACT

36.    Paragraphs 1 through 35 are realleged and incorporated as though set forth fully herein as part of this Count II.

ANSWER:


37.    The ROUNDY'S DEFENDANTS' actions as complained above were done with the ROUNDY'S DEFENDANTS' knowledge that the compensation policies and practices at issue were in violation of the statutes alleged, or with a reckless disregard for whether the policies and practices were in violation of those statutes. Through legal counsel as well as industry experience and custom, the ROUNDY'S DEFENDANTS possessed ample access to the regulations and statutory provisions relating to state law recited herein, but either failed to seek out such information and guidance or did seek out the information and guidance but failed to adhere to the principles of compliance as stated.

11

ANSWER:

38.     As a direct and proximate result thereof, all ROUNDY'S DEFENDANTS owe willfulness damages under the Illinois Wage Payment and Collection Act, 820 ILCS 115/14 (b).

ANSWER:

WHEREFORE, PLAINTIFF, NICHOLAS J. DURSO prays for the following relief against ROUNDY'S ILLINOIS, LLC, dba MARIANO'S and the UNKNOWN OFFICERS OF DEFENDANT ROUNDY'S ILLINOIS, LLC, individually:

A. Judgement against all DEFENDANTS and in favor of the PLAINTIFF in an amount to be determined by the court;

B. That a finding be entered by the court that the violations complained of were "willful;"

C. That as a direct result therefore, pursuant to 820 ILCS 115/14 (b), all DEFENDANTS be ordered to pay:

   a.     a penalty to PLAINTIFF in the amount of 1% per day of the bonus found to be due and owing for each day of delay in paying such amount to PLAINTIFF until paid; and

   b.     an additional administrative penalty of 20% of the amount found owing as a penalty to the Illinois Department of Labor to be deposited into the Wage Theft Enforcement Fund, within 35 days of the entry of a court order in this case awarding such bonus amount; and

12

FILED DATE: 12/4/2019 4:20 PM    2019L013357

D.    Grant PLAINTIFF such other and further relief as the Court deems fit.

COUNT III

COMMON LAW CAUSE OF ACTION – RETALIATORY DISCHARGE

39.    Paragraphs 1 through 38 are re-alleged and incorporated as though set forth fully herein as paragraphs 1 through 39 of this Count III.

ANSWER:

40.    In direct contravention of the public policy of the state of Illinois, the ROUNDY'S DEFENDANTS improperly discharged PLAINTIFF DURSO:

> a.    immediately following him complaining about not having received his bonus compensation per his Agreement with the DEFENDANT ROUNDY'S in February 2018, pursuant to the Illinois Wage Payment and Collection Act, 820 ILCS 115/2 *et seq*,

> b.    after PLAINTIFF DURSO provided an affidavit concerning the termination of former employee Ruth Marion who had worked under him when he was Store Director of DEFENDANT'S ROUNDY'S Palatine Store (Marion was suing the company for disability and age discrimination and the DEFENDANT ROUNDY'S had asked PLAINTIFF DURSO to provide them with favorable testimony to help them DEFENDANT ROUNDY'S against Marion and defeat her claim); the DEFENDANT ROUNDY'S apparently did not feel PLAINTIFF DURSO'S affidavit was helpful enough because PLAINTIFF DURSO told the truth and would not lie for the DEFENDANT ROUNDY'S;

> c.    after both of these incidents, PLAINTIFF DURSO was terminated just before he was supposed to receive his bonus, ostensibly to make him a non-employee which would make him ineligible to receive his yearly bonus based on the store's performance.

ANSWER:

41.    The ROUNDY'S DEFENDANTS' discharged PLAINTIFF DURSO in anticipation of and to prevent PLAINTIFF from exercising his rights under the Illinois Wage Payment and

13

Collection Act, 820 ILCS 115/2 *et seq,*

     ANSWER:


42.     The ROUNDY'S DEFENDANTS further fired PLAINTIFF DURSO to further prevent PLAINTIFF DURSO from engaging in the protected activity of filings for protection of his bonus under the Illinois Wage Payment and Collection Act, 820 ILCS 115/2 *et seq,*

     ANSWER:


43.     As a result of ROUNDY'S DEFENDANTS' willful deprivation of his rights and privileges under state law, PLAINTIFF suffered substantial harm and incurred costly fees and expenses.

     ANSWER:


WHEREFORE, PLAINTIFF, NICHOLAS J. DURSO prays for the following relief against ROUNDY'S ILLINOIS, LLC, **dba** MARIANO'S **and the** UNKNOWN OFFICERS OF DEFENDANT ROUNDY'S ILLINOIS, LLC, **individually:**

A. Judgement against all DEFENDANTS and in favor of the PLAINTIFF in an amount to be determined by the court;

B. That a finding be entered by the court that the termination complained of was retaliatory under state law entitling PLAINTIFF to punitive damages;

C. An award of punitive damages in an amount deemed appropriate by the court; and

D. An order granting PLAINTIFF such other and further relief as the Court deems fit.

14

FILED DATE: 12/4/2019 4:20 PM   2019L013357

## V.  JURY TRIAL DEMANDED

44.  PLAINTIFF demands trial by jury on all applicable counts.

## VI.  RULE 222(A) AFFIDAVIT

45.  Rule 222(a) Affidavit.  See attached.

RESPECTFULLY SUBMITTED,

NICHOLAS J. DURSO

By:  ___/s/  L. Steven Platt_____
       One of His Attorneys

L. Steven Platt
ROBBINS SALOMON & PATT, LTD.
180 N. LaSalle Street, Suite 3300
Chicago, IL 60601
(312) 782-9000
(312) 782-6690 (Fax)
lsplatt@rsplaw.com
Firm ID Number:  80919

15

FILED DATE: 12/4/2019 4:20 PM 2019L013357

## RULE 222(A) AFFIDAVIT

As counsel to the Plaintiff in this action, and as an attorney licensed to practice law in the

State of Illinois, I, L. Steven Platt, hereby state that the total of money damages sought in this

action does exceed $50,000.

L. Steven Platt

Signed and subscribed before me, a

Notary Public in the State of Illinois on this

__4th__ day of December, 2019.

"OFFICIAL SEAL"
NIDIA E. LAUREANO
Notary Public, State of Illinois
My Commission Expires March 10, 2021

FILED DATE: 12/4/2019 4:20 PM   2019L013357

# Roundy's Supermarkets, Inc.

PICK 'N SAVE - COPPS - METRO MARKET - MARIANO'S

PO Box 473, Milwaukee, WI 53201

August 29, 2016

Nicholas Durso
18 Carol Ann Drive
Streamwood, IL 60107

Dear Nicholas:

This letter confirms the following:

| | |
|---|---|
| Title | Store Director |
| | Salary |
| Location | Store 08533 Mariano's Northbrook |
| Effective Date | August 28, 2016 |
| Salary | $129,009.60 |
| Work Schedule | The Company has established hours and scheduling guidelines for this position. This position requires a minimum of 50-55 hours per week. |
| Bonus | 20% of Base Salary. The terms are outlined in Roundy's Bonus Plan. Your bonus will be prorated based on your start date. |
| Vacation/Personal Days | No change. |
| Retirement | No change. |
| Insurance | No change. |
| Dress Code | You will follow the Retail Dress Code and Uniform Guidelines. |

Please be advised that this letter shall not be construed as an employment contract. Your employment with Roundy's may be terminated by you or by Roundy's at any time without prejudice.

If you have any questions at any time regarding this offer, please do not hesitate to contact me.

Sincerely,

Carmel Pender, Senior VP of IL Retail Operations

Nicholas Durso                                    Date    8/29/16

Enclosure(s):
    Job Description

CC:
    Human Resources
    Christa Bertolini, VP of Human Resources IL

**EXHIBIT A**

FILED DATE: 12/4/2019 4:20 PM   2019L013357

**Mariano's**

## POSITION DESCRIPTION

**POSITION TITLE:**   Store Director

**REPORTS TO:**   General Manager

### PRIMARY OBJECTIVE:
Plans, directs, and manages store operations to promote and maximize sales and profit margins and achieve labor goals. Meets or exceeds budgeted targets through effective utilization of resources.

### COMPANY WIDE RESPONSIBILITIES
1. Contributes toward ensuring a positive shopping environment for customers and a positive working environment for employees.
2. Ensures proper product handling to control shrinkage and waste.
3. Follows all company, store, and department policies and procedures.
4. Complies with federal and state regulations.
5. Encourages teamwork through cooperative interactions with co-workers.

### ESSENTIAL RESPONSIBILITIES Essential responsibilities include but are not limited to:

1. Demonstrates a love of food and passion for people to include incredible Customer Service and performance excellence through example and education of team members.

2. Institutes "best practice" leadership and management principles and ensures adherence to organizational procedures, policies, and systems.

3. Manages retail grocery store to achieve and/or exceed financial goals to include sales, profit, shrink and labor through effective cost control, efficient utilization of labor, and strong customer service.

4. Establishes and maintains a customer-oriented culture and delivers a high level of customer service. Anticipates customer needs and resolves issues in a manner that strengthens customer loyalty.

5. Oversees all store operations including work processes, and merchandising, replenishment; oversees daily activities of all team members to ensure company initiatives and standards and customer expectations are met.

6. Provides a positive work environment to attract and maintain a quality employee base through selective hiring, training, evaluation, coaching, and counseling of team members.

Store Director
Updated 5/2010

1

FILED DATE: 12/4/2019 4:20 PM   2019L013357

7. Ensures that all store employees provide excellent customer service, follow safe food handling and sanitation procedures, perform proper stocking, facing, and pricing, as well as respond promptly to emergencies and safety hazards.

8. Maintains all safety and sanitation programs.

9. Communicates daily with General Manager ongoing store status, including successes, issues and planning.

**SUPERVISORY RESPONSIBILITIES**
Directly supervises store management employees. Indirectly supervises all store employees. Direct supervision responsibilities include hiring, firing, disciplinary action, performance reviews, coaching, developing work plans, training, and providing work direction.

**EDUCATION AND/OR EXPERIENCE**
High school education and five years experience in the supermarket industry, with participation in a management training program, or equivalent combination of education and experience required. Comprehensive working knowledge of store operations and personnel functions preferred.

**MATHEMATICAL SKILLS**
Ability to handle sales transactions, tender change, verify vendor invoice charges and counts, calculate gross margins, percentages, and ad losses, create operating budgets, make financial forecasts and projections, calculate productivity, evaluate inventory reports, and analyze financial reports.

**LANGUAGE SKILLS**
Ability to hear, speak, and understand the spoken word in order to respond promptly to pages, customer assistance requests, and to answer telephones. Ability to read, write, analyze, and interpret policy and operations manuals. Ability to communicate and respond effectively verbally and in writing to government bodies.

**REASONING ABILITY**
Ability to solve practical problems and deal with a variety of concrete variables where only limited standardization may exist. Ability to interpret a variety of instructions furnished in diagram, oral, schedule, or written form. This position requires judgment, decision-making skills, attention to detail, time management, and priority-setting.

**CERTIFICATES & LICENSES**
As required by local ordinance.

FILED DATE: 12/4/2019 4:20 PM 2019L013357

## FUNCTIONAL REQUIREMENTS

While performing the duties of this job, the employee is regularly required to sit stand, and use the hands to handle, finger or feel objects, tools or controls. This position requires frequent walking, talking, hearing, stair-climbing, and reaching with the hands or arms. Occasional kneeling or crouching, lifting of up to 50 pounds, and ladder climbing are required. The ability to adjust visual focus and the physical mobility to respond to fire or other emergencies are also required.

## WORKING CONDITIONS

Work is performed in a retail store environment where there is occasional exposure to wet surfaces, refrigerated storage areas, damp or humid conditions, and heated surfaces. The noise level is moderate, consistent with a retail store environment, and does include occasional noise of power tools and equipment.

## IMPORTANT DISCLAIMER NOTICE:

The job duties, elements, responsibilities, skills, functions, experience, educational factors, and the requirements and conditions listed in this job description are representative only and not exhaustive of the tasks that an employee may be required to perform. The Employer reserves the right to revise this job description at any time and to require employees to perform other tasks as circumstances or conditions of its business, competitive considerations or the work environment change.

SIGNATURE: _____

DATE: _____ Store Director

Store Director
Updated 5/2010

3

FILED DATE: 12/4/2019 4:20 PM 2019L013357

## 2017 Store Management Bonus Plan
## Frequently Asked Questions

**Did the design of the Store Management Bonus Plan change?**
Our 4 Priorities: In Stocks, Friendly, Fresh Produce and Fresh Meat & Seafood are the biggest influence on customers' decisions about where to shop – and 60% of our bonus plan measurements align to these priorities. In fact, 60% of the Division and Corporate Bonus Plans are also aligned to our 4 Priorities and the company is united in working to achieve our goals. A 5% kicker based on ClickList has also been added. In 2017, the bonus plan will be based on five segments:

- Store In Stocks – 30%
- Store Friendly – 15%
- Store Fresh Produce and Fresh Meat & Seafood – 15%
- Store Sales vs. Budget – 20%
- Store EBITDA vs. Budget – 20%
- Kicker: ClickList – additional 5%

**What is the effective date of this plan?**
The 2017 Store Management Bonus Plan is effective January 29, 2017, the start of the fiscal year.

**Is the Store Management Plan based on store and division results?**
The 2017 Store Management Plan is based 100% on individual store results.

**Who is eligible to participate in the Store Management Bonus Plan?**
Associates who are in jobs covered by the prior store management bonus plan (e.g., store managers and assistant store managers) will continue to be eligible for this plan.

**When will I receive my business plan numbers and baselines for my store?**
You will receive your business plan numbers for your store by 4/22/2017.

**Will I receive information about my store bonus plan results throughout the year?**
Division leadership will provide periodic updates on your estimated store bonus plan payout. Your final store payout percentage will be communicated in March 2018, at or about the same time as division payout percentages are communicated.

**When will I receive my payout for this plan?**
Payouts will occur annually under this plan. The payout for the 2017 plan will be paid in March 2018.

**How will my payout be calculated if I move to another store?**
Current division practices will apply as to how this plan is administered. Contact your district manager or division/district HR representative for how store transfers or other unique situations will be handled.

**Will consideration be given to the amount of my store payout if my store experiences an unanticipated adverse impact, such as a competitor entrance or street closure?**
Every effort will be made to develop your plan to reflect anticipated adverse market conditions that your store may encounter. Division Presidents may consider an adjustment to store segment payouts at



FILED DATE: 12/4/2019 4:20 PM   2019L013357

their discretion. However, stores must meet established operational priorities, including those outside of this bonus plan, for an adjustment to be considered.

**How does the ClickList bonus kicker work?**
We will continue to focus on selling existing ClickList customers more offerings and adding more customers at our existing ClickList locations. Additionally, we want to increase our speed and ease of customer service to our ClickList customers. The total bonus payout will increase by 5% when all three goals related to ClickList are achieved:

1. Company opens 75% of planned new ClickList locations
2. Store's ClickList C1TE overall satisfaction score is greater than or equal to 72%
3. Store's ClickList operating profit meets or exceeds the 2017 ClickList budget

**What happens if my store does not have ClickList?**
The ClickList kicker metric will be specific to each store that has ClickList in 2017. For a store that doesn't have ClickList in 2017, the applicable division's ClickList results will apply.

**Whom do I contact with questions about this plan?**
Please contact your district manager or your division/district HR representative with any questions about the plan.

**In Stocks, Friendly & Fresh Bonus Segments Questions**

**How is the In Stocks bonus segment payout calculated?**
The In Stocks Roll-Up score is a composite of questions on the Customer 1st Tracker Evolution (C1TE) survey that are directed at a customer's opinion of In Stocks. The In Stocks Roll-Up portion of the bonus payout will be based on how much a store's Q4 2017 In Stocks Roll-Up score improves vs. the Q4 2016 base score for your store.

The chart below applies to any store whose 4th quarter 2017 score is 50.0% or greater. If the 2017 score is less than 50%, there will be a 0% payout.

| Q4 2016 Base Score | Percentage Improvement | | | | | | |
|---|---|---|---|---|---|---|---|
| | 0% | 1% | 2% | 3% | 4% | 5% | 6%+ |
| <50.0% | 0% | 0% | 25% | 50% | 75% | 100% | 150% |
| 50.0% - 59.9% | 0% | 25% | 50% | 75% | 100% | 150% | 200% |
| 60.0% - 69.9% | 25% | 50% | 75% | 100% | 150% | 200% | 200% |
| 70.0% - 79.9% | 100% | 125% | 150% | 200% | 200% | 200% | 200% |
| ≥ 80% | 125% | 150% | 200% | 200% | 200% | 200% | 200% |

A decrease in the 2017 In Stocks score will result in the following:
- If the 2017 score is 70.0% or greater, the payout is 100%
- If the 2017 score is 60.0%-69.9%, the payout is 25%





FILED DATE: 12/4/2019 4:20 PM 2019L013357

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| Summons - Alias Summons | (01/25/17) CCG N001 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Nicholas J. Durso

_____
(Name all parties)

v.

Roundy's Illinois, LLC, dba Mariano's and certain Unknown Officers
of Defendant Roundy's Illinois, LLC, individually

☉ SUMMONS ○ ALIAS SUMMONS

**2019L013357**

No._____

Process Server, please serve:
Roundy's Illinois, LLC
c/o Illinois Corporation Service C, Its Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room **801**_____, Chicago, Illinois 60602
☐ District 2 - Skokie          ☐ District 3 - Rolling Meadows      ☐ District 4 - Maywood
    5600 Old Orchard Rd.        2121 Euclid                            1500 Maybrook Dr.
    Skokie, IL 60077              Rolling Meadows, IL 60008        Maywood, IL 60153
☐ District 5 - Bridgeview     ☐ District 6 - Markham 16501     ☐ Child Support: 50 W.
    10220 S. 76th Ave.             S. Kedzie Pkwy. Markham,          Washington, LL-01,
    Bridgeview, IL 60455          IL 60428                              Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE
RELIEF REQUESTED IN THE COMPLAINT.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: **80919**
Name: L. Steven Platt of Robbins, Salomon & Patt, Ltd.
Atty. for: Nicholas J. Durso, Plaintiff
Address: 180 N. LaSalle Street, Suite 3300
City/State/Zip Code: Chicago, IL 60601
Telephone: (312) 782-9000
Primary Email: lsplatt@rsplaw.com
Secondary Email: nlaureano@rsplaw.com
Tertiary Email:_____

Witness:_____
12/4/2019 4:20 PM DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service:_____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code)    (Facsimile Telephone Number)

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Page 1 of 1

FILED
12/6/2019 2:28 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L013357

7634713

FILED DATE: 12/6/2019 2:28 PM   2019L013357

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| NICHOLAS J. DURSO, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | Case No. 2019 L 013357 |
| | ) | |
| ROUNDY'S ILLINOIS, LLC, dba MARIANO'S | ) | Honorable Judge Jerry A. Esrig |
| and certain UNKNOWN OFFICERS OF | ) | |
| DEFENDANT ROUNDY'S ILLINOIS, LLC, | ) | Court Room No. 2001 |
| individually, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## PROOF OF SERVICE

I served the Summons and Complaint on:

*Roundy's Illinois, LLC*
*c/o Illinois Corporation Service C, Registered Agent*
*801 Adlai Stevenson Drive*
*Springfield, Illinois 62703*

By sending copies of same via certified mail, Article Number: 7017 1450 0000 5040 6606, on
December 6, 2019.

Nidia Laureano, Legal Assistant for

L. Steven Platt
ROBBINS, SALOMON & PATT, LTD.
180 N. LaSalle Street, Suite 3300
Chicago, IL 60601
(312) 782-9000
(312) 782-6690 (Fax)
lsplatt@rsplaw.com
Firm ID Number:  80919
*Attorneys for Nicholas J. Durso*

3160262 (14207.1)

FILED
1/2/2020 11:22 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L013357

7910704

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS,**
**COUNTY DEPARTMENT, LAW DIVISION**

NICHOLAS J. DURSO,          )
                            )
          PLAINTIFF,         )
                            )
    vs.                     )          Case No. 2019 L 013357
                            )
ROUNDY'S ILLINOIS, LLC, dba MARIANO'S   )          Honorable Judge Jerry A. Esrig
and certain UNKNOWN OFFICERS OF    )
DEFENDANT ROUNDY'S ILLINOIS, LLC,   )          Court Room No. 2001
individually,               )
                            )
          DEFENDANTS.        )

FILED DATE: 1/2/2020 11:22 AM   2019L013357

## PROOF OF SERVICE

On December 6, 2019, I served the Summons and a copy of the Complaint by placing

same in sealed envelope Certified Mail Article Number 7017 1450 0000 5040 6606, with fully

prepaid postage, upon the Defendants' Registered Agent:

> *Roundy's Illinois, LLC*
> *c/o Illinois Corporation Service C, Registered Agent*
> *801 Adlai Stevenson Drive*
> *Springfield, Illinois 62703*

The Summons and Complaint were received by Michael T. Cavanagh on December

12, 2019. See Domestic Return Receipt attached as Exhibit A.

*Nidia Laureano*
Nidia Laureano, Legal Assistant for

L. Steven Platt lsplatt@rsplaw.com
ROBBINS, SALOMON & PATT, LTD.
180 N. LaSalle Street, Suite 3300
Chicago, IL 60601
(312) 782-9000
Firm ID Number: 80919
*Attorneys for Nicholas J. Durso*

3166424 (14207.1)

FILED DATE: 1/2/2020 11:22 AM 2019L013357



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Roundy's Illinois, LLC
c/o Illinois Corporation Service C, Registered Agent
801 Adlai Stevenson Drive
Springfield, Illinois 62703

9590 9402 5147 9122 1127 79

2. Article Number *(Transfer from service label)*

7017 1450 0000 5040 6606

PS Form 3811, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *Michael T. Cavanagh*  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
Michael T. Cavanagh

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 5147 9122 1127 79

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Robbins, Salomon & Patt, Ltd.
180 N. LaSalle Suite 3300
Chicago, Illinois 60601

**EXHIBIT**

A

# EXHIBIT B

95454762

WARRANTY DEED
JOINT TENANCY               *MAIL TO* 53a

MAIL TO:
Robert Felicione
6410 N. Northwest Highway
Chicago, Illinois 60631

NAME & ADDRESS OF TAXPAYER:
Nicholas Durso
18 Carol Ann Dr.
Streamwood, Illinois 60107

. DEPT-01 RECORDING         $23.50
. T#0001  TRAN 8828 07/13/95 12:52:00
. #6716 $ CG  #-95-454762
   COOK COUNTY RECORDER

GRANTOR(S), Steven Kirker and Arlene Chapa, n/k/a Arlene Kirker, husband
and wife of Streamwood, in the County of Cook, in the State of Illinois,
for and in consideration of Ten Dollars ($10.00) and other good and
valuable consideration in hand paid, CONVEY(S) and WARRANT(S) to the
GRANTEE(S), Nicholas Durso and Cynthia Durso of 7320 W. Talcott, #2W,
Chicago, in the County of Cook, in the State of Illinois, not as TENANTS
IN COMMON but as JOINT TENANTS, the following described real estate:

LOT 3 IN STERLING ESTATES SUBDIVISION UNIT TWO, BEING A SUBDIVISION OF
PART OF THE SOUTHWEST 1/4 OF SECTION 14, TOWNSHIP 41 NORTH, RANGE 9, EAST
OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED
MARCH 16, 1984, AS DOCUMENT NO. 27008111, AFORESAID IN THE VILLAGE OF
STREAMWOOD, COOK COUNTY, ILLINOIS.

Permanent Index No:      ATTORNEYS' TITLE GUARANTY FUND, INC.
06-14-303-044

Property Address:
18 Carol Ann Dr.
Streamwood, Illinois 60107

VILLAGE OF STREAMWOOD
REAL ESTATE TRANSFER TAX
010065 $48.00

SUBJECT TO: (1) General real estate taxes for the year 1994 and subsequent
years. (2) Covenants, conditions and restrictions of record.

hereby releasing and waiving all rights under and by virtue of the
Homestead Exemption Laws of the State of Illinois. TO HAVE AND TO HOLD
said premises not as TENANTS IN COMMON but as JOINT TENANTS forever.

DATED this 30 day of June, 19 95.

Steven Kirker                    Arlene Kirker
Steven Kirker                    Arlene Kirker

WARRANTY DEED - JOINT TENANCY - Page 1

2359

STATE OF ILLINOIS        )
                               )   SS
COUNTY OF DU PAGE      )

I, the undersigned, a Notary Public in and for the County and State
aforesaid, DO HEREBY CERTIFY that Steven Kirker and Arlene Chapa, n/k/a
Arlene Kirker, husband and wife personally known to me to be the same
persons whose names are subscribed to the foregoing instrument, appeared
before me this day in person, and acknowledged that they signed, sealed
and delivered the said instrument as their free and voluntary act, for the
uses and purposes therein set forth, including the release and waiver of
the right of homestead.

Given under my hand and notary seal, this _30th_ day of

_____ , 19 _95_ .

_____ Notary Public

"OFFICIAL SEAL"
DENNIS W. HOORNSTRA
Notary Public  State of Illinois
My Commission Expires 4/26/98

My commission expires _____

---

COUNTY ~ ILLINOIS TRANSFER STAMPS
Exempt Under Provision of
Paragraph _____ Section 4,
Real Estate Transfer Act
Date: _____

Signature: _____

Prepared By:
Dennis Hoornstra
100 W Roosevelt Rd., Unit B-8
Wheaton, Illinois 60187

2 8 0 0

STATE OF ILLINOIS
56 00

---

WARRANTY DEED - JOINT TENANCY - Page 2

I CERTIFY
IS A TRUE
OF DOCUMENT 9545762

JAN -7 20

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NICHOLAS J. DURSO,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　PLAINTIFF,　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　vs.　　　　　　　　　　　　　　　)　　　Case No.
　　　　　　　　　　　　　　　　　　　　)
ROUNDY'S ILLINOIS, LLC, d/b/a　　　　　)
MARIANO'S and certain UNKNOWN　　　)
OFFICERS OF DEFENDANT　　　　　　　)
ROUNDY'S ILLINOIS, LLC,　　　　　　　)
individually,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　DEFENDANTS.　　　　　)

## DECLARATION OF APRIL A. BERNATH

I, April A. Bernath, under penalty of perjury, hereby declare as follows:

1.　　　I am over the age of twenty-one, and am fully competent to testify about the facts set forth in this declaration, each of which is based on my own personal knowledge.

2.　　　Christopher S. Griesmeyer, with the law firm of Greiman, Rome & Griesmeyer, LLC, is counsel for the Defendant, Roundy's Illinois, LLC, in the lawsuit captioned *Durso v. Roundy's Illinois, LLC, et al.*, which was filed in the Circuit Court of Cook County, Illinois, on December 4, 2019 and assigned Case No. 2019-L-013357. I am employed as a paralegal with the law firm of Greiman, Rome & Griesmeyer, LLC.

3.　　　I am familiar with the Cook County Assessor's Office website and regularly use the website (https://www.cookcountyassessor.com/Search/Property-Search.aspx) in the normal course and performance of my job duties to search for public records such as the Property Identification Number ("PIN") associated with real property located in Cook County, Illinois.

4.　　　On January 7, 2020, I used the Cook County Assessor's Office website to search for the PIN for the real property located at 18 Carol Ann Dr. in Streamwood, Illinois (the

"Property"). The PIN for the property located at that address is 06-14-303-044-0000. A true and correct copy of a screenshot of the search result from the Cook County Assessor's Office website is attached hereto as Exhibit 1.

5.     I am familiar with the Cook County Recorder of Deeds Office website and regularly use the website (https://cookrecorder.com/) in the course and performance of my job duties to search for public records of real property rights (including deeds, mortgages, releases, etc.).

6.     On January 7, 2020, I used the Cook County Recorder of Deeds Office website to search for records of real property rights for the Property (PIN: 06-14-303-044-0000). A true and correct copy of the search result from the Cook County Recorder of Deeds Office website is attached hereto as Exhibit 2.

7.     My review of the records for the Property from the Cook County Recorder of Deeds Office website disclosed the following records and information, in relevant part:

    a. The Property was conveyed by warranty deed to Nicholas Durso and Cynthia Durso on June 30, 1995. A true and correct copy of the notarized Warranty Deed filed with the Cook County Recorder of Deeds Office on July 13, 1995 is attached hereto as Exhibit 3; and

    b. The Property has not been conveyed by deed of any kind to any other person or entity since June 30, 1995.

8.     I am familiar with the Cook County Property Tax Portal website, which is created and maintained by the Cook County Treasurer's Office, and regularly use the website (http://www.cookcountypropertyinfo.com/) in the course and performance of my job duties to search for public records of real property characteristics (including tax histories, exemptions, and tax appeals, among other information).

9.     On January 7, 2020, I used the Cook County Property Tax Portal website to search for tax records for the Property (PIN: 06-14-303-044-0000). A true and correct copy of the search

2

result from the Cook County Property Tax Portal website is attached hereto as <u>Exhibit 4</u>. My review of the records for the Property disclosed that the Dursos have received the Homeowner Exemption since at least the year 2015. (*Id.*).

10.     I also subscribe to and use Westlaw by Thomson Reuters. In the normal course and performance of my job duties as a paralegal, I use Westlaw's PeopleMap® function for use in complying with properly authorized civil investigations, subpoenas, and summons issued by local authorities to search for public records associated with individuals involved in litigation and for legal research.

11.     On January 6, 2020, I used Westlaw's PeopleMap® function to search for public records associated with Nicholas Durso and the Property. The results of the PeopleMap® search for Nicholas Durso associated with the Property confirmed the above findings, and further provided information about the registration of Plaintiff's vehicles from the Illinois Secretary of State, Vehicle Services Department. Specifically, the Vehicle Services Department records, as obtained through the PeopleMap® search, provided as follows:

      a.  A 2018 Honda Pilot (VIN: 5FNYF6H49JB055030) is registered in Plaintiff's name to the Property address. The registration was renewed on July 10, 2019 and is valid through July 31, 2020;

      b.  A 2012 Toyota Camry (VIN: 4T1BD1FK3CU041980) is registered in Plaintiff's name to the Property address. The registration was renewed on August 6, 2019 and is valid through July 31, 2020 (*Id.*); and

      c.  A 2008 Honda Odyssey (VIN: 5FNRL38788B105402) is registered in Plaintiff's name to the Property address. The registration was renewed on October 2, 2019 and is valid through September 30, 2020. (*Id.*).

A true and correct copy of the PeopleMap® vehicle search results are attached hereto as <u>Exhibit 5</u>.

FURTHER AFFIANT SAYETH NAUGHT.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _1-10-2020_      _april Bernath_
                   Date                              Signature

# EXHIBIT 1

| Property Data | Exemption History | Appeal History | Certificate of Error |
|---|---|---|---|

# Property Characteristics

## 2019 Tax Year Property Information

| | |
|---|---|
| **PIN:** | 06-14-303-044-0000 |
| **\*Property Location:** | 18 CAROL ANN DR |
| **City:** | STREAMWOOD |
| **Township:** | Hanover |
| **Property Classification:** | 207 |
| **Square Footage (Land):** | 7,800 |
| **Neighborhood:** | 10 |
| **Taxcode:** | 18023 |



06143030440000  12/03/2007

## Assessed Valuation

| | 2019 Assessor Certified | 2018 Board of Review Certified |
|---|---|---|
| **Land Assessed Value** | 7,605 | 6,630 |
| **Building Assessed Value** | 16,665 | 14,429 |
| **Total Assessed Value** | 24,270 | 21,059 |

## Property Characteristics

| | |
|---|---|
| **Estimated 2019 Market Value** | $242,700 |
| **Estimated 2018 Market Value** | $210,590 |
| **Description** | Two or more story residence, up to 62 years, up to 2,000 sq.ft. |
| **Residence Type** | Two Story |
| **Use** | Single Family |
| **Apartments** | 0 |
| **Exterior Construction** | Frame |
| **Full Baths** | 1 |
| **Half Baths** | 1 |
| **Basement[1]** | Full and Unfinished |
| **Attic** | None |
| **Central Air** | Yes |
| **Number of Fireplaces** | 0 |
| **Garage Size/Type[2]** | 2 car attached |
| **Age** | 35 |
| **Building Square Footage** | 1,530 |
| **Assessment Pass** | Assessor Certified |

[1] Excluded from building square footage, except apartment

[2] Excluded from building square footage

---

\* "Property Location" is not a legal/postal mailing address. Its sole purpose is to help our Office locate the property. Therefore, you should not utilize the property location for any purpose, however, you may update the Property Location with your Legal/Postal Mailing Address should you choose to do so. Updating the address will not change the Property Location to a Legal/Postal Mailing Address.

---

\*\* Information may be available by submitting an FOIA Request

Property Data    Exemption History    Appeal History    Certificate of Error

# Exemption History

Exemption (if applicable) will be applied to the 2nd-installment tax bill.

## Exemption Status

### 2018 Exemption Status

| | | |
|---|---|---|
| **Homeowner:** | Yes | **Exemption amount:** $1,209.90 |
| **Senior Citizen:** | No | **Exemption amount:** $0.00 |

### 2017 Exemption Status

| | | |
|---|---|---|
| **Homeowner:** | Yes | **Exemption amount:** $1,172.40 |
| **Senior Citizen:** | No | **Exemption amount:** $0.00 |

## Exemption History

### 2017

**Exemption Status:**    Homeowner Exemption was applied to the property this year.

### 2016

**Exemption Status:**    Homeowner Exemption was applied to the property this year.

### 2015

**Exemption Status:**    Homeowner Exemption was applied to the property this year.

### 2014

**Exemption Status:**    Homeowner Exemption was applied to the property this year.

# EXHIBIT 2

Search Home  Search Criteria ▾  Search Options ▾  Search Help&Support  Search FAQ  Cart-Checkout

**Cook County Recorder of Deeds**

Edward M. Moody

Property Identification Number (PIN):

06 - 14 - 303 - 044 - 0000

Search    Reset    Advanced

Property Identification Number (PIN) Search: 06-14-303-044-0000 (Total: 0.06 seconds, 29 rows) Index Posted Through: 11-25-2019

**Welcome to Cook County Recorder of Deeds**
**2020 Perfect Vision i2 Search**

** PLEASE READ LATEST NEWS **

BEGINNING MAY 20th, 2019 PREDICTABLE FEE PRICING CHANGES WILL TAKE EFFECT CLICK HERE FOR MORE INFO

E-RECORDING OF DEEDS NOW AVAILABLE  CLICK HERE FOR REGISTRATION INFO

PLEASE UPDATE ALL CCRD INFO BOOKMARKS TO COOKRECORDER.COM!

- If you are experiencing problems charging documents with a credit card, please click here to try the search (and purchase) again

- The following document types are are not available on this site and must be searched in our office
   ANNX, DEDC, EASE, HWTP, COND, PLAT, SURP, VACT, VCDD

- If you need additional information, please refer to the contact information on our Search Home page

Instructions/Help
The PIN Search is the default search and available at the top of the page. To search by any other type (by Name, Recorded Date, Legal Description etc.) please click on the Search Criteria menu item above

   • Click SEARCH for Searching Instructions
   • Click PRINT for Image Viewing and Printing Instructions
   • Click DOWNLOAD for Download (Document Container) Instructions

   • Click ACCOUNT for Instructions to Open an Account With Us

System Requirements
IMPORTANT: This site uses Pop-ups and Adobe Reader when printing and downloading documents

   • Click Popup Test to test Pop-ups
   • Click Enable PopUps to learn how to allow Pop-ups
   • Click Adobe if you do not have a copy of Adobe Reader currently installed

Printing

   • Click Printer Test to test your printer with our site

| Recorded Date | PIN | Type Desc. | Doc. # | 1st Grantor | 1st Grantee | 1st Prior Doc. |
|---|---|---|---|---|---|---|

Select All   Invert Selection    Purchase Results Summary    Add to Cart   View   20 Page   50 Page   100 Page

| Recorded Date | PIN | Type Desc. | Doc. # | 1st Grantor | 1st Grantee | 1st Prior Doc. |
|---|---|---|---|---|---|---|
| 4-7-2017 | 06-14-303-044-0000 | RELEASE | 1711729032 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS IN | DUPAO NICHOLAS J | 1313827364 |
| 4-5-2017 | 06-14-303-044-0000 | MORTGAGE | 1709506100 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | DUPAO NICHOLAS J | |
| 2-16-2017 | 06-14-303-044-0000 | RELEASE | 1704743029 | JPMORGAN CHASE BK | DUPAO NICHOLAS J | 0903694167 |
| 6-15-2016 | 06-14-303-044-0000 | RELEASE | 1616506016 | JPMORGAN CHASE BK | DUPAO NICHOLAS J | 1102867017 |
| 4-29-2016 | 06-14-303-044-0000 | MORTGAGE | 1411917041 | DUPAO NICHOLAS J | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | 1711729032 |
| 1-28-2013 | 06-14-303-044-0000 | MORTGAGE | 1302437017 | DUPAO NICHOLAS J | JPMORGAN CHASE BK | 0903694167 |
| 1-28-2013 | 06-14-303-044-0000 | SUBORDINATION | 1102981124 | JPMORGAN CHASE BK | JPMORGAN CHASE BK | 0903694167 |
| 1-24-2013 | 06-14-303-044-0000 | RELEASE | 1301456105 | DUPAO NICHOLAS J | DUPAO NICHOLAS J | 0525388039 |
| 2-25-2008 | 06-14-303-044-0000 | RELEASE | 0805650412 | WASHINGTON MUTUAL BK | DUPAO NICHOLAS J | 1102867013 |
| 12-1-2003 | 06-14-303-044-0000 | MORTGAGE | 0333527195 | US BK | DUPAO NICHOLAS J | 0011176213 |
| 8-9-2005 | 06-14-303-044-0000 | ASSIGNMENT | 0525389071 | SMART LTD ACCESS LLC | WASHINGTON MUTUAL BK | 0525388039 |
| 8-9-2005 | 06-14-303-044-0000 | MORTGAGE | 0525388039 | WELLS FARGO HOME LTD | SMART LTD ACCESS LLC | 0525388039 |
| 11-18-2002 | 06-14-303-044-0000 | RELEASE | 0021277206 | SMART LTD ACCESS LLC | LIBERTY BK | 0902744 |
| 10-25-2002 | 06-14-303-044-0000 | ASSIGNMENT | 0021176214 | SMART LTD ACCESS LLC | NATIONAL ASSN | 0011176213 |
| 10-25-2002 | 06-14-303-044-0000 | MORTGAGE | 0011176213 | DUPAO NICHOLAS J | SMART LTD ACCESS LLC | 0011176213 |
| 12-11-1998 | 06-14-303-044-0000 | RELEASE | 08116004 | FLEET MORTGAGE CORP | DUPAO NICHOLAS J | 92454741 |
| 10-15-1998 | 06-14-303-044-0000 | ASSIGNMENT | 9897244 | NATIONSBANC NA | NATIONSBANC NA | 9897244 |
| 10-15-1998 | 06-14-303-044-0000 | MORTGAGE | 9897244 | DUPAO NICHOLAS J | GREEN LTD | 9897244 |
| 2-21-1996 | 06-14-303-044-0000 | ASSIGNMENT | 96147329 | COASTAL CORP | FLEET REAL ESTATE FUNDING CORP | 92454741 |
| 7-31-1995 | 06-14-303-044-0000 | MORTGAGE | 92454741 | DUPAO CYNTHIA | CO STATE CORP | 96147329 |

1  2  Next

# Cook County Recorder of Deeds

**Edward M. Moody**

06 - 14 - 303 - 044 - 0000     Search     Reset

Property Identification Number (PIN) Search: 06-14-303-044-0000 | Total: 0.06 seconds, 29 rows) Index Period Through: 11-25-2019

Pro-Line | Advanced | View: 10 Page | 50 Page | 100 Page

| Select All | Recorded Date | PIN | Type Desc | Doc # | 1st Grantor | 1st Grantee | Rel Proc Doc# |
|---|---|---|---|---|---|---|---|
| ☐ | 7-11-1995 | 06-14-303-044-0000 | WARRANTY DEED | 95454751 | DEERFIELD ABLENE | DORAN CYNTHIA A | |
| ☐ | 7-26-1995 | 06-14-303-044-0000 | RELEASE | 95500967 | CHICAGO TITLE & TRUST CO | CHAS ABLENE | 93812369 |
| ☐ | 8-28-1995 | 06-14-303-044-0000 | RELEASE | 95493231 | FRST BK EVANSTON | HARPLE JAMES | 93812369 |
| ☐ | 8-28-1995 | 06-14-303-044-0000 | RELEASE | 95454751 | GUARANTY BK ASC | HARPLE JAMES G | 93456889 |
| ☐ | 11-24-1999 | 06-14-303-044-0000 | TRUST DEED | 93810860 | CHAS ABLENE & GUARANTY | CHICAGO TITLE & TRUST CO | 92925067 |
| ☐ | 11-24-1999 | 06-14-303-044-0000 | WARRANTY DEED | 93810860 | HARPLE JAMES G | CHAS ABLENE | |
| ☐ | 11-11-1989 | 06-14-303-044-0000 | MORTGAGE | 89411120 | HARPLE JAMES G | FRST BK EVANSTON | 92457121 |
| ☐ | 8-24-1989 | 06-14-303-044-0000 | ASSIGN OF RENT | 89438437 | SHELTER INTO CORP | GUARANTY BK ASC | 93456889 |
| ☐ | 3-24-1984 | 06-14-303-044-0000 | MORTGAGE | 93456688 | HARPLE JAMES G | SHELTER INTO CORP | 92457121 |

## Welcome to Cook County Recorder of Deeds 20/20 Perfect Vision I2 Search

** PLEASE READ LATEST NEWS **

BEGINNING MAY 20th, 2019 PREDICTABLE FEE PRICING CHANGES WILL TAKE EFFECT CLICK HERE FOR MORE INFO

E-RECORDING OF DEEDS NOW AVAILABLE   CLICK HERE FOR REGISTRATION INFO

PLEASE UPDATE ALL CCRD.INFO BOOKMARKS TO COOKRECORDER.COM

- If you are experiencing problems charging documents with a credit card, please click here to try the search (and purchase) again

- The following document types are not available on this site and must be searched in our office:
  ANNX, DECK, EASE, HRVP, COND, PLAT, SUBP, VACT, VCDD

- If you need additional information, please refer to the contact information on our Search Home page

### Instructions/Help
The PIN Search is the default search and available at the top of the page.   To search by any other type (ie: Name, Recorded Date, Legal Description etc.) please click on the Search Criteria menu item above.

- Click SEARCH for Searching Instructions.
- Click PRINT for Image Viewing and Printing Instructions
- Click DOWNLOAD for Download (Document) Container Instructions

- Click ACCOUNT for Instructions to Open an Account With Us

### System Requirements
IMPORTANT: This site uses Pop-ups and Adobe Reader when printing and downloading documents

- Click Pop-Up Test to test Pop-ups
- Click Enable Pop-Up to learn how to allow Pop-ups
- Click Adobe if you do not have a copy of Adobe Reader currently installed

### Printing

- Click Printer Test to test your printer with our site

Previous  1  2

# EXHIBIT 3

95454762

**WARRANTY DEED**
**JOINT TENANCY**

MAIL TO 55a

**MAIL TO:**
Robert Felicione
6410 N. Northwest Highway
Chicago, Illinois 60631

**NAME & ADDRESS OF TAXPAYER:**
Nicholas Durso
18 Carol Ann Dr.
Streamwood, Illinois 60107

. DEPT-01 RECORDING          $23.50
. T40001  TRAN 8828 07/13/95 12:52:00
. #6716 + CG  #-95-454762
.        COOK COUNTY RECORDER

GRANTOR(S), Steven Kirker and Arlene Chapa, n/k/a Arlene Kirker, husband and wife of Streamwood, in the County of Cook, in the State of Illinois, for and in consideration of Ten Dollars ($10.00) and other good and valuable consideration in hand paid, CONVEY(S) and WARRANT(S) to the GRANTEE(S), Nicholas Durso and Cynthia Durso of 7320 W. Talcott, #2W, Chicago, in the County of Cook, in the State of Illinois, not as TENANTS IN COMMON but as JOINT TENANTS, the following described real estate:

LOT 3 IN STERLING ESTATES SUBDIVISION UNIT TWO, BEING A SUBDIVISION OF PART OF THE SOUTHWEST 1/4 OF SECTION 14, TOWNSHIP 41 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED MARCH 16, 1984, AS DOCUMENT NO. 27008111, AFORESAID IN THE VILLAGE OF STREAMWOOD, COOK COUNTY, ILLINOIS.

Permanent Index No:    ATTORNEYS' TITLE GUARANTY FUND, INC.
06-14-303-044

Property Address:
18 Carol Ann Dr.
Streamwood, Illinois 60107

VILLAGE OF STREAMWOOD
REAL ESTATE TRANSFER TAX

010065  $468.00

SUBJECT TO: (1) General real estate taxes for the year 1994 and subsequent years. (2) Covenants, conditions and restrictions of record.

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. TO HAVE AND TO HOLD said premises not as TENANTS IN COMMON but as JOINT TENANTS forever.

DATED this ___30___ day of ___June___, 19_95_.

_Steven Kirker_                    _Arlene Kirker_
Steven Kirker                       Arlene Kirker

WARRANTY DEED - JOINT TENANCY - Page 1

2359

STATE OF ILLINOIS        )
                              ) SS

COUNTY OF DU PAGE       )

I, the undersigned, a Notary Public in and for the County and State aforesaid, DO HEREBY CERTIFY that Steven Kirker and Arlene Chapa, n/k/a Arlene Kirker, husband and wife personally known to me to be the same persons whose names are subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and notary seal, this 30th day of _____, 19 95.

_____ Notary Public

"OFFICIAL SEAL"
DENNIS W. HOORNSTRA
Notary Public State of Illinois
My Commission Expires 4/26/98

My commission expires _____

COUNTY – ILLINOIS TRANSFER STAMPS
Exempt Under Provision of
Paragraph _____ Section 4,
Real Estate Transfer Act
Date: _____

Signature: _____

Prepared By:
Dennis Hoornstra
100 W Roosevelt Rd., Unit B-8
Wheaton, Illinois 60187

2 8 0 0

STATE OF ILLINOIS

1 5 6 0 0

WARRANTY DEED - JOINT TENANCY - Page 2

I CERTIFY THAT THIS
IS A TRUE AND CORRECT COPY
OF DOCUMENT 9545762

JAN -7 20

# EXHIBIT 4

Property Characteristics for PIN:

## 06-14-303-044-0000



### PROPERTY ADDRESS

18 CAROL ANN DR

STREAMWOOD

60107

Township: HANOVER

### MAILING ADDRESS

NICHOLAS DURSO

18 CAROL ANN DR

STREAMWOOD, IL 60107

### PROPERTY CHARACTERISTICS

**CURRENT INFORMATION**

**Tax Year 2018 Assessed Value:**

| | |
|---|---|
| Most Recent Assessment Information: | 21,059 |
| (2018 Board Final) | |
| Estimated Property Value: | $210,590 |
| Lot Size (SqFt): | 7,800 |
| Building (SqFt): | 1,530 |
| Property Class: | 2-07 |
| Tax Rate : | 12.099 |
| Tax Code : | 18023 |

### TAX BILLED AMOUNTS & TAX HISTORY

| | | |
|---|---|---|
| 2019: | $3,413.80* | Pay Online: $3,413.80 |
| 2018: | $6,206.91 | Paid in Full |
| 2017: | $6,142.32 | Payment History |
| 2016: | $6,012.41 | Payment History |
| 2015: | $5,366.91 | Payment History |
| *=(1st Install Only) | | |

### EXEMPTIONS

| | |
|---|---|
| 2019: | Not Available |
| 2018: | 1 Exemptions Received |
| 2017: | 1 Exemptions Received |
| 2016: | 1 Exemptions Received |
| 2015: | 1 Exemptions Received |

### APPEALS

| | |
|---|---|
| 2019: | Not Available |
| 2018: | Appeal Information |
| 2017: | Appeal Information |
| 2016: | Appeal Information |
| 2015: | Appeal Information |

### REFUNDS AVAILABLE

No Refund Available

### TAX SALE (DELINQUENCIES)

| | |
|---|---|
| 2019: | Tax Sale Has Not Occurred |
| 2018: | Tax Sale Has Not Occurred |
| 2017: | No Tax Sale |
| 2016: | No Tax Sale |
| 2015: | No Tax Sale |

### DOCUMENTS, DEEDS & LIENS

1711729032 - RELEASE - 04/27/2017

1709506100 - MORTGAGE - 04/05/2017

1707547029 - RELEASE - 03/16/2017

1513550039 - RELEASE - 05/15/2015

1511957045 - MORTGAGE - 04/29/2015

*All years referenced herein denote the applicable tax year (i.e., the year for which taxes were assessed). Parcels may from time to time be consolidated or subdivided. If information regarding a particular PIN appears to be missing for one or more tax years, it is possible that the PIN has changed due to a consolidation or subdivision. Users may contact the Cook County Clerk's Office for information regarding PIN lineage. Users should also note that the information displayed on this site does not include special assessments (which are billed and collected by municipalities) or omitted taxes (which are assessed on an ad hoc basis by the Cook County Assessor's Office). Please direct inquiries regarding the status of special assessments to your municipality. Questions regarding omitted taxes should be directed to the Assessor's Office.*

**Note: This printout cannot be used as a tax bill.**

# EXHIBIT 5

## Possible People Information

**Person Overview**
**NICK DURSO**

18 CAROL ANN DR

STREAMWOOD, IL 60107-6891 | COOK County

### Phone Number(s):



**SSN:**

- issued in IL in 1979-1981

**DOB:**

(                    ) (Age: 51)

**Date of Birth Summary**

| Date of Birth | Source | | |
|---|---|---|---|
| (Age: 51) | People Find | People Historical | People Household |

**SSN Summary**

| SSN | Source | |
|---|---|---|
| issued in IL in 1979-1981 | People Find | People Historical |

**Name Variations**

| Name | Source | |
|---|---|---|
| NICHOLAS DURSO | People Find | |
| NICK J DURSO | People Find | People Historical |
| NICHOLAS J DURSO | People Household | |
| MR NICHOLAS J DURSO | People Household | |

**Addresses**

**Address**

**18 CAROL ANN DR, STREAMWOOD, IL 60107-6891 | COOK County**

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

*Reported 01 01 1993 - 10 02 2019*

By Motor Vehicle 07/30/2012 - 07/30/2018

Motor Vehicle #1     Motor Vehicle #2     Motor Vehicle #3     Motor Vehicle #4     Motor Vehicle #5     Motor Vehicle #6

By People Household 01/01/1993 - 01/31/2016

People Household

By People Find 01/23/2003 - 01/23/2003

People Find

By People Historical 01/01/1995 - 12/31/1995

People Historical

By Real Property Deeds

Real Property Deeds #1     Real Property Deeds #2     Real Property Deeds #3     Real Property Deeds #4     Real Property Deeds #5     Real Property Deeds #6     Real Property Deeds #7     Real Property Deeds #8

By Real Property Tax Assessor

Real Property Tax Assessor

### 6024 N NEVA AVE UNIT 2, CHICAGO, IL 60631-2444 | COOK County

*Reported 11 13 2000 - 01 23 2003*

By People Find 11/13/2000 - 11/13/2000

People Find

By People Historical

People Historical

### 7320 W TALCOTT AVE APT 2W, CHICAGO, IL 60631-3709 | COOK County

*Reported 04 01 1993 - 01 23 2003*

By People Find 04/01/1993 - 04/01/1993

People Find

By Real Property Deeds

Real Property Deeds

### 7320 W TALCOTT AVE 2, CHICAGO, IL 60631-3724 | COOK County

*Reported 01 01 1993 - 12 31 1993*

By People Historical 01/01/1993 - 12/31/1993

People Historical

**Phone Numbers**

| Phone | Source |
|---|---|
|  | Executive Profile #1     Executive Profile #2     Executive Profile #3     Executive Profile #4     Executive Profile #5     People Find     People Household |
| | Executive Profile #1     · Executive Profile #2     Executive Profile #3     Executive Profile #4     Executive Profile #5 |
| | Executive Profile |
| | People Historical |

## Possible Asset Information

**Real Property Tax Assessor Records**

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

STREAMWOOD, IL
60107-6891

## Property Information

| County: | COOK |
|---|---|
| Assessor's Parcel Number: | 06 14 303 044 0000 |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Land Use: | SINGLE FAMILY RESIDENCE |
| Building Square Feet: | 1530 |

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

End of Document                    © 2020 Thomson Reuters. No claim to original U.S. Government Works.

## Vehicle Registrations (6)

To Summary

**Motor Vehicle Record**

### Source Information

| Coverage Begin Date: | 01/01/2001 |
|---|---|
| Information Current Through: | 12/12/2019 |
| Database Last Updated: | 12/20/2019 |
| Update Frequency: | 2X MONTHLY |
| Current Date: | 01/06/2020 |
| Source: | SECRETARY OF STATE, VEHICLE SERVICES DEPT. |

### Vehicle Information

| VIN: | 5FNRL38788B105402 |
|---|---|
| Vehicle Type: | PASSENGER CAR |
| Model Year: | 2008 |
| Make: | HONDA |
| Body Style: | WAGON 4D 8P |
| Model/Series: | ODYSSEY EX L |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Primary Color: | GRAY |
|---|---|
| Secondary Color: | GRAY |

**Registration Information**

| License Plate Number: | H131287 |
|---|---|
| Issuing State: | IL |
| Previous Plate Number: | H131287 |
| Previous Plate State: | IL |
| Registration Renewal Date: | 10/02/2019 |
| Expiration Date: | 09/30/2020 |
| Registrant(s) Since: | 09/29/2008 |
| Name: | NICK DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR STREAMWOOD, IL 60107-6891 |
| County: | COOK |
| Registration Renewal Date: | 10/02/2019 |
| Expiration Date: | 09/30/2020 |
| Registrant(s) Since: | 09/29/2008 |
| Name: | CYNTHIA DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR STREAMWOOD, IL 60107-6891 |
| County: | COOK |

**Title Information:**

| Name: | NICK DURSO |
|---|---|
| Interest: | OWNER |
| Title Transaction Date: | 09/30/2008 |
| Mailing Address: | 18 CAROL ANN DR STREAMWOOD, IL 60107-6891 |
| County: | COOK |
| Name: | CYNTHIA DURSO |
| Interest: | OWNER |
| Title Transaction Date: | 09/30/2008 |
| Mailing Address: | 18 CAROL ANN DR STREAMWOOD, IL 60107-6891 |
| County: | COOK |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

## Lien Holder Information

| Name: | AMERICAN HONDA FIN. |
|---|---|
| Interest: | LIEN HOLDER |
| Mailing Address: | PO BOX 997518 |
| | 997518 |
| | SACRAMENTO, CA 95899-7518 |
| County: | YOLO |

## Historical DMV Record 1

| Registration Renewal Date: | 07/30/2018 |
|---|---|
| Expiration Date: | 09/30/2019 |
| License Plate Number: | H131287 |
| Issuing State: | IL |
| Previous Plate Number: | H131287 |
| Previous Plate State: | IL |
| Name: | NICK DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |
| Registration Renewal Date: | 07/30/2018 |
| Expiration Date: | 09/30/2019 |
| Name: | CYNTHIA DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |

## Historical DMV Record 2

| Registration Renewal Date: | 09/28/2017 |
|---|---|
| Expiration Date: | 09/30/2018 |
| License Plate Number: | H131287 |
| Issuing State: | IL |
| Previous Plate Number: | H131287 |
| Previous Plate State: | IL |
| Name: | NICK DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | STREAMWOOD, IL 60107-6891 |
|---|---|
| County: | COOK |
| Registration Renewal Date: | 09/28/2017 |
| Expiration Date: | 09/30/2018 |
| Name: | CYNTHIA DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |

**Historical DMV Record 3**

| | |
|---|---|
| Registration Renewal Date: | 09/26/2016 |
| Expiration Date: | 09/30/2017 |
| License Plate Number: | H131287 |
| Issuing State: | IL |
| Previous Plate Number: | H131287 |
| Previous Plate State: | IL |
| Name: | NICK DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |
| Registration Renewal Date: | 09/26/2016 |
| Expiration Date: | 09/30/2017 |
| Name: | CYNTHIA DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |

**Historical DMV Record 4**

| | |
|---|---|
| Registration Renewal Date: | 10/06/2015 |
| Expiration Date: | 09/30/2016 |
| License Plate Number: | H131287 |
| Issuing State: | IL |
| Previous Plate Number: | H131287 |
| Previous Plate State: | IL |
| Name: | NICK DURSO |
| Interest: | REGISTRANT |

Thomson Reuters. No claim to original U.S. Government Works.

28

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |
| Registration Renewal Date: | 10/06/2015 |
| Expiration Date: | 09/30/2016 |
| Name: | CYNTHIA DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD. IL 60107-6891 |
| County: | COOK |

**Historical DMV Record 5**

| Registration Renewal Date: | 09/15/2014 |
| Expiration Date: | 09/30/2015 |
| License Plate Number: | H131287 |
| Issuing State: | IL |
| Previous Plate Number: | H131287 |
| Previous Plate State: | IL |
| Name: | NICK DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD. IL 60107-6891 |
| County: | COOK |
| Registration Renewal Date: | 09/15/2014 |
| Expiration Date: | 09/30/2015 |
| Name: | CYNTHIA DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |

**Historical DMV Record 6**

| Registration Renewal Date: | 10/03/2013 |
| Expiration Date: | 09/30/2014 |
| License Plate Number: | H131287 |
| Issuing State: | IL |
| Previous Plate Number: | H131287 |
| Previous Plate State: | IL |
| Name: | NICK DURSO |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | |
|---|---|
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |
| Registration Renewal Date: | 10/03/2013 |
| Expiration Date: | 09/30/2014 |
| Name: | CYNTHIA DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |

**Historical DMV Record 7**

| | |
|---|---|
| Registration Renewal Date: | 09/19/2012 |
| Expiration Date: | 09/30/2013 |
| License Plate Number: | H131287 |
| Issuing State: | IL |
| Previous Plate Number: | H131287 |
| Previous Plate State: | IL |
| Name: | NICK DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |
| Registration Renewal Date: | 09/19/2012 |
| Expiration Date: | 09/30/2013 |
| Name: | CYNTHIA DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |

**Historical DMV Record 8**

| | |
|---|---|
| Registration Renewal Date: | 10/04/2011 |
| Expiration Date: | 09/30/2012 |
| License Plate Number: | H131287 |
| Issuing State: | IL |
| Previous Plate Number: | H131287 |
| Previous Plate State: | IL |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | |
|---|---|
| Name: | NICK DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |
| Registration Renewal Date: | 10/04/2011 |
| Expiration Date: | 09/30/2012 |
| Name: | CYNTHIA DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |

**Historical DMV Record 9**

| | |
|---|---|
| Registration Renewal Date: | 10/01/2010 |
| Expiration Date: | 09/30/2011 |
| License Plate Number: | H131287 |
| Issuing State: | IL |
| Previous Plate Number: | H131287 |
| Previous Plate State: | IL |
| Name: | NICK DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |
| Registration Renewal Date: | 10/01/2010 |
| Expiration Date: | 09/30/2011 |
| Name: | CYNTHIA DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |

**Historical DMV Record 10**

| | |
|---|---|
| Registration Renewal Date: | 09/29/2009 |
| Expiration Date: | 09/30/2010 |
| License Plate Number: | H131287 |
| Issuing State: | IL |
| Previous Plate Number: | H131287 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | |
|---|---|
| **Previous Plate State:** | IL |
| **Name:** | CYNTHIA DURSO |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| **County:** | COOK |
| **Registration Renewal Date:** | 09/29/2009 |
| **Expiration Date:** | 09/30/2010 |
| **Name:** | NICK DURSO |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| **County:** | COOK |

**Historical DMV Record 11**

| | |
|---|---|
| **Registration Renewal Date:** | 09/29/2008 |
| **Expiration Date:** | 09/30/2009 |
| **License Plate Number:** | H131287 |
| **Issuing State:** | IL |
| **Name:** | NICK DURSO |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| **County:** | COOK |
| **Registration Renewal Date:** | 09/29/2008 |
| **Expiration Date:** | 09/30/2009 |
| **Name:** | CYNTHIA DURSO |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| **County:** | COOK |

End of Document
To Summary

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

## Motor Vehicle Record

### Source Information

| | |
|---|---|
| **Coverage Begin Date:** | 01/01/2001 |
| **Information Current Through:** | 12/12/2019 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | |
|---|---|
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |

End of Document
   To Summary

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

## Motor Vehicle Record

### Source Information

| | |
|---|---|
| Coverage Begin Date: | 01/01/2001 |
| Information Current Through: | 12/12/2019 |
| Database Last Updated: | 12/20/2019 |
| Update Frequency: | 2X MONTHLY |
| Current Date: | 01/06/2020 |
| Source: | SECRETARY OF STATE, VEHICLE SERVICES DEPT. |

### Vehicle Information

| | |
|---|---|
| VIN: | 4T1BD1FK3CU041890 |
| Vehicle Type: | PASSENGER CAR |
| Model Year: | 2012 |
| Make: | TOYOTA |
| Body Style: | SEDAN 4D 5P |
| Model/Series: | CAMRY HYBRID LE HYBRID XLE |
| Primary Color: | GOLD |
| Secondary Color: | GOLD |

### Registration Information

| | |
|---|---|
| License Plate Number: | 7048075 |
| Issuing State: | IL |
| Plate Type: | PRIVATE |
| Previous Plate Number: | 7048075 |
| Previous Plate State: | IL |
| Registration Renewal Date: | 08/06/2019 |
| Expiration Date: | 07/31/2020 |
| Registrant(s) Since: | 08/15/2012 |
| Name: | NICK DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

**Lien Holder Information**

| Name: | T M C C |
|---|---|
| Interest: | LIEN HOLDER |
| Mailing Address: | PO BOX 105386 |
| | 105386 |
| | ATLANTA, GA 30348-5386 |
| County: | FULTON |

**Historical DMV Record 1**

| Registration Renewal Date: | 07/30/2018 |
|---|---|
| Expiration Date: | 07/31/2019 |
| License Plate Number: | 7048075 |
| Issuing State: | IL |
| Plate Type: | PRIVATE |
| Previous Plate Number: | 7048075 |
| Previous Plate State: | IL |
| Name: | NICK DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |

**Historical DMV Record 2**

| Registration Renewal Date: | 07/31/2017 |
|---|---|
| Expiration Date: | 07/31/2018 |
| License Plate Number: | 7048075 |
| Issuing State: | IL |
| Plate Type: | PRIVATE |
| Previous Plate Number: | 7048075 |
| Previous Plate State: | IL |
| Name: | NICK DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |

**Historical DMV Record 3**

| Registration Renewal Date: | 07/21/2016 |
|---|---|
| Expiration Date: | 07/31/2017 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

| License Plate Number: | 7048075 |
|---|---|
| Issuing State: | IL |
| Plate Type: | PRIVATE |
| Previous Plate Number: | 7048075 |
| Previous Plate State: | IL |
| Name: | NICK DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD. IL 60107-6891 |
| County: | COOK |

**Historical DMV Record 4**

| Registration Renewal Date: | 08/04/2015 |
|---|---|
| Expiration Date: | 07/31/2016 |
| License Plate Number: | 7048075 |
| Issuing State: | IL |
| Plate Type: | PRIVATE |
| Previous Plate Number: | 7048075 |
| Previous Plate State: | IL |
| Name: | NICK DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |

**Historical DMV Record 5**

| Registration Renewal Date: | 07/02/2014 |
|---|---|
| Expiration Date: | 07/31/2015 |
| License Plate Number: | 7048075 |
| Issuing State: | IL |
| Plate Type: | PRIVATE |
| Previous Plate Number: | 7048075 |
| Previous Plate State: | IL |
| Name: | NICK DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

**Historical DMV Record 6**

| | |
|---|---|
| **Registration Renewal Date:** | 08/02/2013 |
| **Expiration Date:** | 07/31/2014 |
| **License Plate Number:** | 7048075 |
| **Issuing State:** | IL |
| **Plate Type:** | PRIVATE |
| **Previous Plate Number:** | 7048075 |
| **Previous Plate State:** | IL |
| **Name:** | NICK DURSO |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 18 CAROL ANN DR STREAMWOOD, IL 60107-6891 |
| **County:** | COOK |

**Historical DMV Record 7**

| | |
|---|---|
| **Title Transfer Date:** | 08/30/2012 |
| **Name:** | T M C C |
| **Interest:** | LIEN HOLDER |
| **Mailing Address:** | 2535 WEDGLEA DR DALLAS, TX 75211-2087 |
| **County:** | DALLAS |
| **Title Transfer Date:** | 08/30/2012 |
| **Name:** | NICK DURSO |
| **Interest:** | OWNER |
| **Mailing Address:** | 18 CAROL ANN DR STREAMWOOD, IL 60107-6891 |
| **County:** | COOK |
| **Title Transfer Date:** | 08/30/2012 |
| **Name:** | T M C C |
| **Interest:** | LIEN HOLDER |
| **Mailing Address:** | 2535 WEDGLEA DR DALLAS, TX 75211-2087 |
| **County:** | DALLAS |
| **Physical Address:** | PO BOX 105386 105386 ATLANTA, GA 30348-5386 |
| **County:** | FULTON |
| **Title Transfer Date:** | 08/30/2012 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

People Map Report (Basic)

NICK DURSO                                                    Client ID:10072-1236

| Name: | T M C C |
|---|---|
| Interest: | LIEN HOLDER |
| Mailing Address: | 260 INTERSTATE NORTH CIR SE |
| | ATLANTA, GA 30339-2228 |
| County: | COBB |
| Title Transfer Date: | 08/30/2012 |
| Name: | T M C C |
| Interest: | LIEN HOLDER |
| Mailing Address: | 2535 WEDGLEA DR |
| | DALLAS, TX 75211-2087 |
| County: | DALLAS |
| Physical Address: | 260 I N CIR NW |
| | ATLANTA, GA 30339 |
| County: | COBB |
| Registration Renewal Date: | 08/15/2012 |
| Expiration Date: | 07/31/2013 |
| License Plate Number: | 7048075 |
| Issuing State: | IL |
| Plate Type: | PRIVATE |
| Name: | NICK DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |

End of Document
   To Summary

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

**Motor Vehicle Record**

**Source Information**

| Coverage Begin Date: | 01/01/2001 |
|---|---|
| Information Current Through: | 12/12/2019 |
| Database Last Updated: | 12/20/2019 |
| Update Frequency: | 2X MONTHLY |
| Current Date: | 01/06/2020 |
| Source: | SECRETARY OF STATE, VEHICLE SERVICES DEPT. |

**Vehicle Information**

| VIN: | 1J4GX48S94C406834 |
|---|---|

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Information Current Through: | 12/12/2019 |
|---|---|
| Database Last Updated: | 12/20/2019 |
| Update Frequency: | 2X MONTHLY |
| Current Date: | 01/06/2020 |
| Source: | SECRETARY OF STATE, VEHICLE SERVICES DEPT. |

**Vehicle Information**

| VIN: | 5FNYF6H49JB055030 |
|---|---|
| Vehicle Type: | PASSENGER CAR |
| Model Year: | 2018 |
| Make: | HONDA |
| Body Style: | SUV 4D 8P |
| Model/Series: | PILOT EX |
| Primary Color: | GRAY |
| Secondary Color: | GRAY |

**Registration Information**

| License Plate Number: | AX43721 |
|---|---|
| Issuing State: | IL |
| Previous Plate Number: | AX43721 |
| Previous Plate State: | IL |
| Registration Renewal Date: | 07/10/2019 |
| Expiration Date: | 07/31/2020 |
| Registrant(s) Since: | 08/01/2018 |
| Name: | CYNTHIA DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD. IL 60107-6891 |
| County: | COOK |
| Registration Renewal Date: | 07/10/2019 |
| Expiration Date: | 07/31/2020 |
| Registrant(s) Since: | 08/01/2018 |
| Name: | NICK DURSO |
| Interest: | REGISTRANT |
| Mailing Address: | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| County: | COOK |

**Title Information:**

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | |
|---|---|
| **Original Title Date:** | 08/06/2018 |
| **Title Number:** | 182186946210 |
| **Name:** | CYNTHIA DURSO |
| **Interest:** | OWNER |
| **Title Transaction Date:** | 08/06/2018 |
| **Mailing Address:** | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| **County:** | COOK |
| **Name:** | NICK DURSO |
| **Interest:** | OWNER |
| **Title Transaction Date:** | 08/06/2018 |
| **Mailing Address:** | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| **County:** | COOK |

**Lien Holder Information**

| | |
|---|---|
| **Name:** | AMERICAN HONDA FINANCE CORP. |
| **Interest:** | LIEN HOLDER |
| **Mailing Address:** | PO BOX 997518 |
| | 997518 |
| | SACRAMENTO, CA 95899-7518 |
| **County:** | YOLO |

**Historical DMV Record 1**

| | |
|---|---|
| **Registration Renewal Date:** | 08/01/2018 |
| **Expiration Date:** | 07/31/2019 |
| **License Plate Number:** | AX43721 |
| **Issuing State:** | IL |
| **Name:** | NICK DURSO |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |
| **County:** | COOK |
| **Registration Renewal Date:** | 08/01/2018 |
| **Expiration Date:** | 07/31/2019 |
| **Name:** | CYNTHIA DURSO |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 18 CAROL ANN DR |
| | STREAMWOOD, IL 60107-6891 |

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.**

# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

NICHOLAS J. DURSO,                    )
                                      )
        PLAINTIFF,            )
                                      )
   vs.                              )    Case No.
                                      )
ROUNDY'S ILLINOIS, LLC, d/b/a         )
MARIANO'S and certain UNKNOWN         )
OFFICERS OF DEFENDANT                 )
ROUNDY'S ILLINOIS, LLC,               )
individually,                         )
                                      )
        DEFENDANTS.           )

## DECLARATION OF LEE KUNSELMAN

I, Lee Kunselman, under penalty of perjury, hereby declare as follows:

1.     I am over the age of twenty-one, and am fully competent to testify about the facts set forth in this declaration, each of which is based on my own personal knowledge.

2.     I am employed by Roundy's Supermarkets, Inc. ("Roundy's" or the "Company") as its Vice President – Human Resources.

3.     As Roundy's Vice President – Human Resources, I am familiar with the Company's corporate structure and affiliated entities, including Roundy's Illinois, LLC, d/b/a Mariano's ("Mariano's") and its members.

4.     Mariano's is a Wisconsin limited liability company, organized under the laws of Wisconsin, with its headquarters and principal place of business located at 875 E. Wisconsin Ave., Milwaukee, Wisconsin.

5.     Mariano's is wholly owned by Roundy's. Accordingly, the sole member of "Roundy's Illinois, LLC, d/b/a Mariano's" is "Roundy's Supermarkets, Inc."

6.     Roundy's is a Wisconsin corporation organized under the laws of the state of Wisconsin, with its principal place of business located at 875 E. Wisconsin Ave., Milwaukee, Wisconsin.

7.     Roundy's and its affiliated entities, including Mariano's, leverage economies of scale to avoid redundancy and reduce expenses through a "shared services" model.  Under this model, certain non-operational administrative functions (such as payroll processing, benefits administration, and regulatory filings) are handled on a consolidated basis by Roundy's to support its affiliated entities.

8.     Under Roundy's shared services model, and in my capacity as the Company's Vice President – Human Resources, I am familiar with and have access to the personnel records of Roundy's affiliates, including Mariano's.

9.     I have reviewed Mariano's personnel records related to a former employee named "Nicholas Durso," who was previously employed as a Store Director at Mariano's Store No. 533, located in Northbrook, Illinois.  These records include, but are not limited to, Mr. Durso's federal and state Form W-4 – true and correct copies of which (with personal information redacted) are attached as Exhibit A.

10.     The documents attached as Exhibit A are business records of Mariano's that were: (a) created on or about the date identified on the respective document; (b) from information transmitted by persons with knowledge of the facts and information contained in the document; and (c) were created, kept and maintained in the course and as part of the regular practice of Mariano's regularly-conducted business activities.

11.     According to the documents and information contained in Mariano's personnel records, the only home address utilized by Mr. Durso during the course of his employment at

2

Mariano's was "18 Carol Ann Dr., Streamwood, Illinois 60107" – the same address listed on his Form W-4, and the same address the Company utilized when processing payroll for Mariano's and sending Mr. Durso his Mariano's paychecks.

12.     As of the date of execution of this Declaration, neither Roundy's nor Mariano's has been notified of a change of address for Mr. Durso.

FURTHER AFFIANT SAYETH NAUGHT.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___1/10/2020___
                  Date

_____
                  Signature

3

# Form W-4 2012

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2012 expires February 18, 2013. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** If another person can claim you as a dependent on his or her tax return, you cannot claim exemption from withholding if your income exceeds $950 and includes more than $300 of unearned income (for example, interest and dividends).

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 919, How Do I Adjust My Tax Withholding, for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using

Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 919 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 919 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the amount you are having withheld compares to your projected total tax for 2011. See Pub. 919, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

| | Personal Allowances Worksheet (Keep for your records.) | |
|---|---|---|
| A | Enter "1" for yourself if no one else can claim you as a dependent . . . . . . . . . . . . . . | A ____ |
| B | Enter "1" if: { • You are single and have only one job; or • You are married, have only one job, and your spouse does not work; or • Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less. } | B ____ |
| C | Enter "1" for your spouse. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . . | C ____ |
| D | Enter number of dependents (other than your spouse or yourself) you will claim on your tax return . . . . . | D ____ |
| E | Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) | E ____ |
| F | Enter "1" if you have at least $1,900 of **child or dependent care expenses** for which you plan to claim a credit | F ____ |
| | (**Note.** Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.) | |
| G | **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information. | |
| | • If your total income will be less than $61,000 ($90,000 if married), enter "2" for each eligible child; then less "1" if you have three or more eligible children. | |
| | • If your total income will be between $61,000 and $84,000 ($90,000 and $119,000 if married), enter "1" for each eligible child plus "1" additional if you have six or more eligible children . . . . . . . . . . . . . | G ____ |
| H | Add lines A through G and enter total here. (**Note.** This may be different from the number of exemptions you claim on your tax return.) ▶ | H ____ |
| | For accuracy, complete all worksheets that apply. | { • If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2. • If you have more than one job or are married and you and your spouse both work and the combined earnings from all jobs exceed $40,000 ($10,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld. • If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below. } |

---------------------------------------- Cut here and give Form W-4 to your employer. Keep the top part for your records. ----------------------------------------

| Form **W-4** | **Employee's Withholding Allowance Certificate** | | **2012** |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS. | | |

| 1 Type or print your first name and middle initial. | Last name | | 2 Your social security number |
|---|---|---|---|
| Nicholas Nick J. | Durso | | 7783 |
| Home address (number and street or rural route) | 3 ☐ Single ☑ Married ☐ Married, but withhold at higher Single rate. | | |
| 18 Carol Ann Drive | **Note.** If married, but legally separated, or spouse is a nonresident alien, check the "Single" box. | | |
| City or town, state, and ZIP code | 4 If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐ | | |
| Streamwood IL 60107 | | | |

| 5 | Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) | 5 | 0 |
|---|---|---|---|
| 6 | Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . | 6 | $ |
| 7 | I claim exemption from withholding for 2012 and I certify that I meet **both** of the following conditions for exemption. | | |
| | • Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability and | | |
| | • This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability. | | |
| | If you meet both conditions, write "Exempt" here . . . . . . . . . ▶ | 7 | |

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature
(This form is not valid unless you sign it.) ▶ _Nicholas J. Durso_     Date ▶ 1-28-13

| 8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN) |
|---|---|---|
| | | |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.     Cat. No. 10220Q     Form **W-4**

# Illinois Withholding Allowance Worksheet

## General Information

Complete this worksheet to figure your total withholding allowances.

**Everyone** must complete Step 1.

Complete Step 2 if
- you (or your spouse) are age 65 or older or legally blind, or
- you wrote an amount on Line 4 of the Deductions and Adjustments Worksheet for federal Form W-4.

If you have more than one job or your spouse works, you should figure the total number of allowances you are entitled to claim. Your withholding usually will be more accurate if you claim all of your allowances on the Form IL-W-4 for the highest-paying job and claim zero on all of your other IL-W-4 forms.

You may reduce the number of allowances or request that your employer withhold an additional amount from your pay, which may help avoid having too little tax withheld.

## Step 1:   Figure your basic personal allowances (including allowances for dependents)

Check all that apply:

☐ No one else can claim me as a dependent.

☐ I can claim my spouse as a dependent.

1   Write the total number of boxes you checked.                                                   1 _____

2   Write the number of dependents (other than you or your spouse) you will claim on your tax return.    2 _____

3   Add Lines 1 and 2. Write the result. This is the total number of basic personal allowances to which you are **entitled**.    3 _____

4   If you want to have additional Illinois Income Tax withheld from your pay, you may reduce the number of basic personal allowances or have an additional amount withheld. Write the total number of basic personal allowances you elect to claim on Line 4 and on Form IL-W-4, Line 1.    4 _____

## Step 2:   Figure your additional allowances

Check all that apply:

☐ I am 65 or older.          ☐ I am legally blind.

☐ My spouse is 65 or older.     ☐ My spouse is legally blind.

5   Write the total number of boxes you checked.                                                   5 _____

6   Write any amount that you reported on Line 4 of the Deductions and Adjustments Worksheet for federal Form W-4.    6 _____

7   Divide Line 6 by 1,000. Round to the nearest whole number. Write the result on Line 7.    7 _____

8   Add Lines 5 and 7. Write the result. This is the total number of additional allowances to which you are **entitled**.    8 _____

9   If you want to have additional Illinois Income Tax withheld from your pay, you may reduce the number of additional allowances or have an additional amount withheld. Write the total number of additional allowances you elect to claim on Line 9 and on Form IL-W-4, Line 2.    9 _____

**Note** If you have non-wage income and you expect to owe Illinois Income Tax on that income, you may choose to have an additional amount withheld from your pay. On Line 3 of Form IL-W-4, write the additional amount you want your employer to withhold.

✂ — — — — Cut here and give the certificate to your employer. Keep the top portion for your records. — — — — ✂

**Illinois Department of Revenue**

**IL-W-4  Employee's Illinois Withholding Allowance Certificate**

Social Security number: ████ 7 7 8 3

Name: Nicholas J. Dunso

Street address: 18 Carol ann Drive

City: Streamwood   State: IL   ZIP: 60107

☐ Check the box if you are exempt from federal and Illinois Income Tax withholding.

1   Write the total number of basic allowances that you are claiming (Step 1, Line 4, of the worksheet).    1 _O_

2   Write the total number of additional allowances that you are claiming (Step 2, Line 9, of the worksheet).    2 _____

3   Write the additional amount you want withheld (deducted) from each pay.    3 _____

I certify that I am entitled to the number of withholding allowances claimed on this certificate.

Your signature: Nicholas J. Dunso   Date: 1-28-13

**Employer:** Keep this certificate with your records. If you have referred the employee's federal certificate to the IRS and the IRS has notified you to disregard it, you may also be required to disregard this certificate. Even if you are not required to refer the employee's federal certificate to the IRS, you still may be required to refer this certificate to the Illinois Department of Revenue for inspection. See Illinois Income Tax Regulations 86 Ill. Adm. Code 100.7110.

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center.    IL-492-0039

IL-W-4 (R-12/07)